**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

| Case No: | 10-22315    KSJ    Judge: Chief Karen S. Jennemann |
|---|---|
| Case Name: | OKI WEAR, INC |

For Period Ending:  09/30/15

| Trustee Name: | Carla Musselman, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 12/17/10 (f) |
| 341(a) Meeting Date: | 02/02/11 |
| Claims Bar Date: | 05/03/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS - Wells Fargo (u) | 0.00 | 3,342.68 | | 3,342.68 | FA |
| 2. SECURITY DEPOSITS Utitlity (u) | 0.00 | 127.70 | | 127.70 | FA |
| 3. ACCOUNTS RECEIVABLE (u) | 0.00 | 542.80 | | 542.80 | FA |
| 4. INSURANCE POLICIES (u) | 0.00 | 352.06 | | 352.06 | FA |
| 5. SECURITY DEPOSITS - Progress Energy | 10,080.00 | 2,911.54 | | 2,911.54 | FA |
| 6. STOCK - 50% interest in RAL | 335,500.00 | 90,386.31 | | 90,386.31 | FA |
| 7. VEHICLES 2000 GMC Truck | 2,000.00 | 3,850.00 | | 3,850.00 | FA |
| 8. OFFICE EQUIPMENT | 15,000.00 | 6,523.00 | | 6,523.00 | FA |
| 9. MACHINERY AND SUPPLIES | 280,000.00 | 115,641.63 | | 115,641.63 | FA |
| 10. INVENTORY Shirts sweats caps etc | 400,000.00 | 177,016.12 | | 177,516.12 | FA |
| 11. LEASE -  Pitney Bowes postage machine (u) | 0.00 | 0.00 | | 0.00 | FA |
| 12. LEASE - Quench Water Machines (u) | 0.00 | 0.00 | | 0.00 | FA |
| 13. SOFA # 3 - PAYMENTS TO CREDITORS Labella (u) | 25,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:    2

| Case No: | 10-22315 | KSJ | Judge: Chief Karen S. Jennemann |
|---|---|---|---|
| Case Name: | OKI WEAR, INC | | |

| | |
|---|---|
| Trustee Name: | Carla Musselman, Trustee |
| Date Filed (f) or Converted (c): | 12/17/10 (f) |
| 341(a) Meeting Date: | 02/02/11 |
| Claims Bar Date: | 05/03/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. SOFA # 3 - PAYMENTS TO CREDITORS - Hardrock (u) | 0.00 | 0.00 | | 0.00 | FA |
| 15. SOFA # 4 - LAWSUITS Customs VC 051 Reg | 0.00 | 0.00 | | 0.00 | FA |
| 16. FINANCIAL ACCOUNTS - Bank of America | 0.00 | 0.00 | | 0.00 | FA |
| 17. INVENTORY - Orlando location 1 of 2 - Air General (u) | 0.00 | 17,573.32 | | 17,573.32 | FA |
| 18. INVENTORY - Orlando location 2 of 2 - ECU Orlando (u) | 0.00 | 31,212.72 | | 31,212.72 | FA |
| 19. MACHINERY Beacon Funding (u) | 0.00 | 0.00 | | 0.00 | FA |
| 20. CASH (u) | 0.00 | 3.45 | | 3.45 | FA |
| 21. FINANCIAL ACCOUNTS - Bank of America (u) | 0.00 | 7,635.20 | | 15,309.85 | FA |
| 22. INSURANCE POLICIES (u) | 0.00 | 753.63 | | 753.63 | FA |
| 23. MACHINERY AND SUPPLIES Eurometal (u) | 0.00 | 9,548.00 | | 9,548.00 | FA |
| 24. INVENTORY - Savannah Location (u) | 0.00 | 51,485.50 | | 51,485.50 | FA |
| 25. INTELLECTUAL PROPERTY (u) | 0.00 | 3,520.00 | | 3,520.00 | FA |
| 26. CONTINGENT CLAIMS Lawsuit for artwork (u) | Unknown | 0.00 | | 0.00 | FA |

LFORM1

Ver: 19.00

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     3

| Case No: | 10-22315 | KSJ | Judge: Chief Karen S. Jennemann |
|---|---|---|---|
| Case Name: | OKI WEAR, INC | | |

| Trustee Name: | Carla Musselman, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 12/17/10 (f) |
| 341(a) Meeting Date: | 02/02/11 |
| Claims Bar Date: | 05/03/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. Unclaimed Funds from the state of Florida (u) | 0.00 | 1,290.68 | | 1,290.68 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 2.90 | | 2.90 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,067,580.00 | $523,719.24 | | $531,893.89 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

12/10: Application to employ Kosto and Rotella as trustee attorney.

12/10: Order entered granting employment of K and R,

03/11: Income tax extension filed for both the debtor and OKI / RAL.

03/11: Application to employ Bob Ewald as auctioneer.

03/30/11: 341 meeting held and concluded

04/11: Application to employ Carla Musselman as CPA.

04/11: Order entered approving auctioneer.

04/11: Order appointing CPA.

08/11: Motion to pay Merchant Factors 85% of the inventory proceeds after auctioneer expenses. Amount of payment is $176,9643.19.

08/11: Motion to pay collegiate licensing royalties from the sale of the collegiate inventory in the amount of $3747.85.

03/12: Tax extension filed for 2011.

09/12: Taxes for 2011 filed for federal and state income taxes and prompt determination letter requested.

10/12: Prompt determination letter received.

10/13: Trustee contacted by IRS revenue agent regarding their claim. Trustee working with IRS to resolve their claim and

Ver: 19.00

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 10-22315 KSJ Judge: Chief Karen S. Jennemann | |
| Case Name: | OKI WEAR, INC | |

| | |
|---|---|
| Trustee Name: | Carla Musselman, Trustee |
| Date Filed (f) or Converted (c): | 12/17/10 (f) |
| 341(a) Meeting Date: | 02/02/11 |
| Claims Bar Date: | 05/03/11 |

case can be closed.

RE PROP# 5---Trustee requested electric be turned back on. They are using deposit monies to use toward admin claim

RE PROP# 6---Debtor has 50% interest in RAL Investment Corporation which owns real property at 9109 Bachman Rd Orlando

which is valued at $1.4 million according to the 2008 property tax rolls. There are 2 outstanding mortgages - (1)

Regions Bank $329,000 and James Begley $400,000

Per documents provided by debtor, Purchase and Sale Agreement was between Okiwear and RAL Investment Corporation for

$1.5 million from James A Begley.

Debtor testified that he put $175,000 up and Labella put $175,000 up as a down payment on the acquisition.

RE PROP# 8---Desks computers etc

RE PROP# 9---Screen print machines and equipment, embrodiery. machines, sewing machines, etc

RE PROP# 10---Motion to sell property of the estate objected to by Universal Studios.

Order granting sale of goods on hand excluding the Universal Studio inventory.

04/11: Universal inventory moved to public storage facility.

09/11: Trustee negotiating minimal sale of Universal goods back to Universal Studios. Universal offered $500.00 for the

goods.

09/30/11: Notice of Intent to Sell filed regarding Universal goods.

11/21/11: Report of Sale filed

RE PROP# 11---Trustee returned postage machine back to creditor. It had 4 cents of postage on it.

RE PROP# 12---Trustee allowed creditor to pick up 3 water machines.

RE PROP# 13---Per SOFA # 3, Debtor repaid Robert Labella, $25,000 of the $61,800 owed on 9/17/10 and 10/17/10.

RE PROP# 14---Per debtor, Hardrock financial grup paid $6609.00 of the $858,000 owing.

Principals are owners of debtor and siblings. Payments made on 12/28/09; 4/08/10; 7/22/10; 10/15/10

RE PROP# 15---Inventory was seized at customs on 12/04/10 because debtor could not pay the duty tax. Inventory is

estimated at $200,000

Trustee recovered the asset and sold at auction. see asset 24

RE PROP# 16---Closed checking account ending in 5638 on 12/03/10.

RE PROP# 17---Debtor states there is inventory at another location in Orlando.

Trustee was able to obtain a release of this shipment from the warehouseman. Merchant Factors paid $5000 in full

satisfaction of the outstanding charges for storage and customs clearance.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   5

| | | |
|---|---|---|
| Case No: | 10-22315    KSJ    Judge: Chief Karen S. Jennemann | |
| Case Name: | OKI WEAR, INC | |

| | |
|---|---|
| Trustee Name: | Carla Musselman, Trustee |
| Date Filed (f) or Converted (c): | 12/17/10 (f) |
| 341(a) Meeting Date: | 02/02/11 |
| Claims Bar Date: | 05/03/11 |

RE PROP# 18---Trustee was able to obtain a release of this shipment from the warehouseman. Merchant Factors paid $5000
in full satisfaction of the outstanding charges for storage and customs clearance.

RE PROP# 19---Creditor for Beacon funding came and picked their equipment which was secured.

RE PROP# 20---Petty cash retrieved from Arash desks at facility.

RE PROP# 21---Per debtor lease payment deposited into this account for January 2011 from Hiway Tech

RE PROP# 23---Equipment and supplies of insiders business working out of the debtor's premises for 3 years without the
payment of any rents or expense of operation such as electricity and water.

Order granting sale of assets - docket # 41 pursuant to motion to sell docket # 21

RE PROP# 24---According to the documents provided by Debtor and DSV, there is a shipment of sweatshirts in Savannah that
have not been cleared by customs. Invoice 250548 had over 700 containers that had not been released by the shipper due
to the failure to pay US Customs and the shipper.

DSV was paid $20,000 to obtain the release of these goods and deliver them to Orlando. The funds came from the buyer of
the goods.

Lot # 396 sold for $46,805.00 plus buyers premium of 10%.

RE PROP# 25---Customer lists, art, phone number, domain name, vendor lists.

RE PROP# 26---The brothers Arash and Omir indicate that one of their competitors stole some of their artwork and they
have a copyright infringement claim. They meet with attorney Michael Leetzow.

Per conversation with trustee attorney and Leetzow, estimated recovery will not exceed costs to pursue since the
original art was not copyrighted with the USTPO.

RE PROP# 27---03/12/14: Received an email from David Strome with an attached claim form for unclaimed funds with the
state of Florida requesting that the trustee sign the form and mail it back so the funds can be paid to the bankruptcy
estate.

Initial Projected Date of Final Report (TFR): 08/31/12        Current Projected Date of Final Report (TFR): 12/31/15


/s/     Carla Musselman, Trustee
_____   Date: 10/28/15
    CARLA MUSSELMAN, TRUSTEE

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    1

| Case No: | 10-22315  -KSJ |
|---|---|
| Case Name: | OKI WEAR, INC |

| Taxpayer ID No: | *******4172 |
|---|---|
| For Period Ending: | 09/30/15 |

| Trustee Name: | Carla Musselman, Trustee |
|---|---|
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******8934  Checking Account |
| Blanket Bond (per case limit): | $ 32,583,498.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/07/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 23,929.38 | | 23,929.38 |
| 11/07/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 73,771.80 | | 97,701.18 |
| 11/07/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 134,527.17 | | 232,228.35 |
| 12/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 228.42 | 231,999.93 |
| 01/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 294.99 | 231,704.94 |
| 02/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 295.48 | 231,409.46 |
| 03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 311.00 | 231,098.46 |
| 04/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 343.84 | 230,754.62 |
| 05/28/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 332.30 | 230,422.32 |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 342.91 | 230,079.41 |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 331.33 | 229,748.08 |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 341.86 | 229,406.22 |
| 09/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 341.38 | 229,064.84 |
| | | | | | | | |

Page Subtotals        232,228.35        3,163.51

LFORM24

Ver: 19.00

**FORM 2**

Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        10-22315 -KSJ

Case Name:    OKI WEAR, INC

Taxpayer ID No: *******4172

For Period Ending:    09/30/15

Trustee Name:            Carla Musselman, Trustee

Bank Name:                UNION BANK

Account Number / CD #:    *******8934  Checking Account

Blanket Bond (per case limit):    $ 32,583,498.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 329.87 | 228,734.97 |
| 11/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 340.35 | 228,394.62 |
| 12/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 328.90 | 228,065.72 |
| 01/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 339.37 | 227,726.35 |
| 02/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 338.89 | 227,387.46 |
| 03/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 305.65 | 227,081.81 |
| 04/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 337.86 | 226,743.95 |
| 05/22/14 | | State of Florida Department of Financial Service | Other Receipts | 1290-000 | 1,290.68 | | 228,034.63 |
| 05/22/14 | 27 | Asset Sales Memo: | Unclaimed Funds from the state of Florida  $1,290.68 | | | | 228,034.63 |
| 05/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 326.53 | 227,708.10 |
| 06/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 337.49 | 227,370.61 |
| 07/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 327.43 | 227,043.18 |
| 08/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 337.83 | 226,705.35 |
| 09/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 337.34 | 226,368.01 |
| 10/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 325.98 | 226,042.03 |

Page Subtotals          1,290.68          4,313.49

Ver: 19.00

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    3

Case No:        10-22315  -KSJ

Case Name:    OKI WEAR, INC

Taxpayer ID No:    *******4172

For Period Ending:    09/30/15

Trustee Name:        Carla Musselman, Trustee

Bank Name:        UNION BANK

Account Number / CD #:    *******8934  Checking Account

Blanket Bond (per case limit):    $ 32,583,498.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 336.37 | 225,705.66 |
| 12/26/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 325.03 | 225,380.63 |
| 01/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 335.37 | 225,045.26 |
| 02/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 334.89 | 224,710.37 |
| 03/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 302.05 | 224,408.32 |
| 04/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 333.89 | 224,074.43 |
| 05/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 322.71 | 223,751.72 |
| 06/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 332.95 | 223,418.77 |
| 07/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 321.74 | 223,097.03 |
| 08/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 331.99 | 222,765.04 |
| 09/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 331.48 | 222,433.56 |

Page Subtotals          0.00          3,608.47

Ver: 19.00

LFORM24

**FORM 2**

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-22315 -KSJ | | Trustee Name: | Carla Musselman, Trustee |
| Case Name: | OKI WEAR, INC | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******8934  Checking Account |
| Taxpayer ID No: | *******4172 | | | |
| For Period Ending: | 09/30/15 | | Blanket Bond (per case limit): | $ 32,583,498.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 233,519.03 | 11,085.47 | 222,433.56 |
|---|---|---|---|---|---|---|---|
| | | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 232,228.35 | 0.00 | |
| | | | | Subtotal | 1,290.68 | 11,085.47 | |
| | | Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | | | Net | 1,290.68 | 11,085.47 | |

Page Subtotals            0.00            0.00

Ver: 19.00

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:         10-22315  -KSJ

Case Name:    OKI WEAR, INC

Taxpayer ID No:  *******4172

For Period Ending:  09/30/15

Trustee Name:                        Carla Musselman, Trustee

Bank Name:                           BANK OF AMERICA, N.A.

Account Number / CD #:        *******3796  B of A Checking Account

Blanket Bond (per case limit):   $ 32,583,498.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/03/11 | | Wells Fargo | Liquidation of Savings Account | 1229-000 | 3,342.68 | | 3,342.68 |
| 01/03/11 | 1 | Asset Sales Memo: | FINANCIAL ACCOUNTS - Wells Fargo  $3,342.68 | | | | 3,342.68 |
| 01/21/11 | | OUC Po Box 3193 Orlando, FL 32802 | Security Deposit Refund | 1290-000 | 127.70 | | 3,470.38 |
| 01/21/11 | 2 | Asset Sales Memo: | SECURITY DEPOSITS Utitlity $127.70 | | | | 3,470.38 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 3,470.45 |
| 02/04/11 | | Rainbows and Lollipops 165 Ashley Ave Rm EH 102 Charleston, SC 29425 | account recievable | 1221-000 | 542.80 | | 4,013.25 |
| 02/04/11 | 3 | Asset Sales Memo: | ACCOUNTS RECEIVABLE  $542.80 | | | | 4,013.25 |
| 02/04/11 | | Nationwide Insurance Po Box 147080 Gainesville, FL 32614 | Vendor Refund | 1229-000 | 100.31 | | 4,113.56 |
| 02/04/11 | 4 | Asset Sales Memo: | INSURANCE POLICIES  $100.31 | | | | 4,113.56 |
| 02/04/11 | | Nationwide Insurance PO Box 147080 Gainesville, FL 32614 | Vendor Refund | 1229-000 | 251.75 | | 4,365.31 |
| 02/04/11 | 4 | Asset Sales Memo: | INSURANCE POLICIES  $251.75 | | | | 4,365.31 |
| 02/25/11 | | Petty Cash | Unscheduled Asset | 1229-000 | 3.45 | | 4,368.76 |
| 02/25/11 | 20 | Asset Sales Memo: | CASH  $3.45 | | | | 4,368.76 |

Page Subtotals          4,368.76          0.00

Ver: 19.00

# FORM 2

Page:   6

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:    10-22315  -KSJ
Case Name:  OKI WEAR, INC

Taxpayer ID No:  *******4172
For Period Ending: 09/30/15

Trustee Name:    Carla Musselman, Trustee
Bank Name:    BANK OF AMERICA, N.A.
Account Number / CD #:    *******3796  B of A Checking Account

Blanket Bond (per case limit):   $ 32,583,498.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 4,368.79 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,368.83 |
| 04/19/11<br>04/19/11 | <br>22 | Nationwide Mutual Insurance Company<br>   Asset Sales Memo: | INSURANCE PREMIUM<br>INSURANCE POLICIES  $753.63 | 1290-000 | 753.63 | | 5,122.46<br>5,122.46 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,122.50 |
| 05/17/11 | 000101 | Progress Energy Florida, Inc.<br>Po Box 33199<br>St Petersburg, FL 33733-8199 | Administrative Expenses to Nonprof<br>Acct # 43305 03194 - $67.49 April 2011 -  9113 Bachman<br>Acct # 02104 85055 - $273.67 April 2011 - 9109 Bachman<br>Acct # 00913 27203 - $239.37 April - 9113 Bachman<br>Paid pursuant to Order docket # 41 | 2420-000 | | 580.53 | 4,541.97 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,542.01 |
| 06/10/11<br><br>06/10/11 | <br><br>5 | Progress Energy<br>PROGRESS ENERGY FLORIDA, INC.<br><br>   Asset Sales Memo:<br>PROGRESS ENERGY FLORIDA, INC. | Security Deposit Refund<br>   Memo Amount:          2,911.54<br>Security Deposit Refund<br>SECURITY DEPOSITS - Progress Energy  $2,911.54<br>   Memo Amount:     (          235.49 )<br>Administrative Expenses to Nonprof | 1129-000<br><br>2420-000 | 2,676.05 | | 7,218.06 |
| 06/11/11 | 000102 | Progress Energy Florida, Inc.<br>Po Box 33199 | Administrative Expenses to Nonprof<br>Paid pursuant to Order authorizing payment docket # | 2420-000 | | 270.54 | 6,947.52 |

Page Subtotals          3,429.83          851.07

LFORM24

Ver: 19.00

**FORM 2**

Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:       10-22315  -KSJ
Case Name:   OKI WEAR, INC

Trustee Name:          Carla Musselman, Trustee
Bank Name:             BANK OF AMERICA, N.A.
Account Number / CD #:    *******3796  B of A Checking Account

Taxpayer ID No:  *******4172
For Period Ending:  09/30/15

Blanket Bond (per case limit):  $ 32,583,498.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | St Petersburg, FL 33733-8199 | 41<br>Final bill - acct 43305 03194 - $19.44 - 9113 Bachman Rd<br>Final bill - acct 00913 27203 - $251.10 - 9113 Bachman Rd | | | | |
| 06/29/11 | | Ewald Enterprises, Inc.<br>Attn:  Robert Ewald<br>12472 Lake Underhill Rd. Suite 312<br>Orlando, FL 32828<br>EWALD ENTERPRISES, INC. | Sale of property at Auction<br><br><br>    Memo Amount:        416,370.29<br>Sale of property at Auction | 1129-000 | 396,370.29 | | 403,317.81 |
| 06/29/11 | 7 |   Asset Sales Memo: | VEHICLES 2000 GMC Truck  $3,850.00 | | | | |
| 06/29/11 | 8 |   Asset Sales Memo: | OFFICE EQUIPMENT  $6,523.00 | | | | |
| 06/29/11 | 9 |   Asset Sales Memo: | MACHINERY AND SUPPLIES $115,641.63 | | | | |
| 06/29/11 | 10 |   Asset Sales Memo: | INVENTORY Shirts sweats caps etc  $177,016.12 | | | | |
| 06/29/11 | 17 |   Asset Sales Memo: | INVENTORY - Orlando location 1 of 2 - Air General $17,573.32 | | | | |
| 06/29/11 | 18 |   Asset Sales Memo: | INVENTORY - Orlando location 2 of 2 - ECU Orlando  $31,212.72 | | | | |
| 06/29/11 | 23 |   Asset Sales Memo: | MACHINERY AND SUPPLIES Eurometal $9,548.00 | | | | |
| 06/29/11 | 24 |   Asset Sales Memo: | INVENTORY - Savannah Location  $51,485.50 | | | | |
| 06/29/11 | 25 |   Asset Sales Memo:<br>DSV | INTELLECTUAL PROPERTY  $3,520.00<br>    Memo Amount:      (     20,000.00 )<br>Payment of administrative claim | 2990-000 | | | |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 403,317.86 |

Page Subtotals          396,370.34          0.00

LFORM24

Ver: 19.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-22315 -KSJ | Trustee Name: | Carla Musselman, Trustee |
|---|---|---|---|
| Case Name: | OKI WEAR, INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3796  B of A Checking Account |
| Taxpayer ID No: | *******4172 | | |
| For Period Ending: | 09/30/15 | Blanket Bond (per case limit): | $ 32,583,498.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/03/11 | 000103 | Ewald Enterprises, Inc.<br>Attn:  Robert Ewald<br>12472 Lake Underhill Rd. Suite 312<br>Orlando, FL 32828 | AUCTIONEER FEES AND EXPENSES<br>Pursuant to order granting employment docket # 20<br>and application for compensation docket # 44 and<br>order approving motion to sell at auction docket # 41 | 3610-000 | | 75,703.69 | 327,614.17 |
| 07/03/11 | 000104 | Ewald Enterprises, Inc.<br>Attn:  Robert Ewald<br>12472 Lake Underhill Rd. Suite 312<br>Orlando, FL 32828 | AUCTIONEER FEES AND EXPENSES<br>Pursuant to order granting employment docket # 20<br>and application for compensation docket # 44 and<br>order approving motion to sell at auction docket # 41 | 3620-000 | | 10,090.82 | 317,523.35 |
| 10/09/11 | 000105 | Collegiate Licensing Company<br>Attn: Michael S Drucker,<br>VP and Associate General Counsel<br>290 Interstate North Circle Suite 200<br>Atlanta, GA 30339 | Payment of administrative claim<br>Paid pursuant to Motion to pay licensing fees (doc 48)<br>and corresponding Order granting motion (doc 57) | 2500-000 | | 3,747.85 | 313,775.50 |
| 10/09/11 | 000106 | Merchant Factors Corporation<br>Attn: Atom Budha, Senior Vice President<br>1430 Broadway<br>New York, NY 10018 | Payment to secured creditor<br>Pursuant to Motion to pay creditor according<br>settlement terms of 85% / 15% docket # 48 and Order<br>granting Motion docket # 58 | 4210-000 | | 176,943.19 | 136,832.31 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 263.58 | 136,568.73 |
| 11/10/11 | | Universal City Development Partners Ltd<br>1000 Universal Studios Plaza<br>Orlando, FL 32819 | Sale of Assets to Private Party | 1129-000 | 500.00 | | 137,068.73 |
| 11/10/11 | 10 | Asset Sales Memo: | INVENTORY Shirts sweats caps etc  $500.00 | | | | 137,068.73 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 168.68 | 136,900.05 |

Page Subtotals          500.00          266,917.81

LFORM24

Ver: 19.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    9

Case No:        10-22315  -KSJ
Case Name:    OKI WEAR, INC

Taxpayer ID No:  *******4172
For Period Ending:  09/30/15

Trustee Name:                Carla Musselman, Trustee
Bank Name:                  BANK OF AMERICA, N.A.
Account Number / CD #:    *******3796  B of A Checking Account

Blanket Bond (per case limit):  $ 32,583,498.00
Separate Bond (if applicable):

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br><br>Paid To / Received From | 4<br><br>Description Of Transaction | Uniform<br>Tran. Code | 5<br><br>Deposits ($) | 6<br><br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 168.78 | 136,731.27 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 179.32 | 136,551.95 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 162.30 | 136,389.65 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 167.69 | 136,221.96 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 173.07 | 136,048.89 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 172.85 | 135,876.04 |
| 06/01/12 | 000107 | AOK Networking LLC<br>820 Clark Street<br>Oviedo, FL 32765 | Administrative Expenses to Nonprof<br>Pursuant to local rule, trustee allowed to pay $500 in<br>administrative expenses without court order, Invoice<br>for computer diagnostic, boot problem and foxpro<br>software recovery of accounting database; invoice<br>8145A | 2990-000 | | 468.75 | 135,407.29 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 161.03 | 135,246.26 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 177.37 | 135,068.89 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 171.60 | 134,897.29 |
| 09/28/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 154.80 | 134,742.49 |
| 10/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 182.23 | 134,560.26 |

Page Subtotals                0.00        2,339.79

LFORM24

Ver: 19.00

**FORM 2**

Page:    10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-22315 -KSJ | | Trustee Name: | Carla Musselman, Trustee |
| Case Name: | OKI WEAR, INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3796  B of A Checking Account |
| Taxpayer ID No: | *******4172 | | | |
| For Period Ending: | 09/30/15 | | Blanket Bond (per case limit): | $ 32,583,498.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/07/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 33.09 | 134,527.17 |
| 11/07/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 134,527.17 | 0.00 |

|  | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 419,281.83 | COLUMN TOTALS | | 404,668.93 | 404,668.93 | 0.00 |
| Memo Allocation Disbursements: | 20,235.49 | Less:  Bank Transfers/CD's | | 0.00 | 134,527.17 | |
| | | Subtotal | | 404,668.93 | 270,141.76 | |
| Memo Allocation Net: | 399,046.34 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 404,668.93 | 270,141.76 | |

Page Subtotals                0.00            134,560.26

Ver: 19.00

# FORM 2

Page:    11

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:  10-22315  -KSJ
Case Name:  OKI WEAR, INC

Taxpayer ID No:  *******4172
For Period Ending:  09/30/15

Trustee Name:  Carla Musselman, Trustee
Bank Name:  BANK OF AMERICA, N.A.
Account Number / CD #:  *******1615  BofA - Money Market Account RAL

Blanket Bond (per case limit):  $ 32,583,498.00
Separate Bond (if applicable):

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br><br>Paid To / Received From | 4<br><br>Description Of Transaction | Uniform<br>Tran. Code | 5<br><br>Deposits ($) | 6<br><br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/28/11<br>02/28/11 | <br>21 | Bank of America<br>    Asset Sales Memo: | Liquidation of Corporate Assets<br>FINANCIAL ACCOUNTS - Bank of America<br>$7,635.20 | 1229-000 | 7,635.20 | | 7,635.20<br>7,635.20 |
| 03/15/11<br>03/15/11 | <br>21 | Bank of America<br>    Asset Sales Memo: | Liquidation of Savings Account<br>FINANCIAL ACCOUNTS - Bank of America<br>$7,674.65 | 1229-000 | 7,674.65 | | 15,309.85<br>15,309.85 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 15,309.94 |
| 04/04/11<br><br><br>04/04/11 | <br><br><br>6 | Highway Technologies, Inc<br>915 Harger Rd Suite 350<br>Oak Brook, IL 60523<br>    Asset Sales Memo: | Rental Income<br><br><br>STOCK - 50% interest in RAL  $7,909.00 | 1222-000 | 7,909.00 | | 23,218.94<br><br><br>23,218.94 |
| 04/15/11<br>04/15/11 | <br>6 | BBT Cashiers Check<br>    Asset Sales Memo: | Liquidation of Savings Account<br>STOCK - 50% interest in RAL  $7,477.31 | 1129-000 | 7,477.31 | | 30,696.25<br>30,696.25 |
| 04/20/11 | 000101 | Florida Department of Revenue<br>5050 W Tennessee Street<br>Tallahassee, FL 32399-0120 | Post petition sales tax<br>March 2011 - Certificate number 58-8011929629-6<br>Paid pursuant to Order granting payment - docket #<br>37 nunc pro tunc | 2820-000 | | 907.45 | 29,788.80 |
| 04/21/11 | 000102 | Florida Department of Revenue<br>5050 W Tennessee Street<br>Tallahassee, FL 32399-0120 | Post petition sales tax<br>Certificate number 58-8011929629-6  April 2011<br>Paid pursuant to Order granting payment - docket #<br>37 nunc pro tunc | 2820-000 | | 915.60 | 28,873.20 |

Page Subtotals          30,696.25          1,823.05

LFORM24

Ver: 19.00

**FORM 2**

Page:    12

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        10-22315  -KSJ
Case Name:    OKI WEAR, INC

Taxpayer ID No:  *******4172
For Period Ending:  09/30/15

Trustee Name:        Carla Musselman, Trustee
Bank Name:        BANK OF AMERICA, N.A.
Account Number / CD #:    *******1615  BofA - Money Market Account RAL

Blanket Bond (per case limit):    $  32,583,498.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 28,873.39 |
| 05/14/11 | 000103 | Trustee Insurance Agency 2813 West Main Street Kalamazoo, MI 49006 | INSURANCE PREMIUM 3 month insurance premium to pay for insurance on the personal property and building pursuant to Order granting payment at hearing on April 20, 2011 - order docket # 41 | 2420-000 | | 4,545.43 | 24,327.96 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 | | 24,328.21 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 24,328.41 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 30.99 | 24,297.42 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 29.96 | 24,267.46 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 29.92 | 24,237.54 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 31.79 | 24,205.75 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 28.77 | 24,176.98 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 29.73 | 24,147.25 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 30.68 | 24,116.57 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 30.64 | 24,085.93 |

Page Subtotals        0.64        4,787.91

Ver: 19.00

LFORM24

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-22315  -KSJ |
| Case Name: | OKI WEAR, INC |

| Taxpayer ID No: | *******4172 |
| For Period Ending: | 09/30/15 |

| Trustee Name: | Carla Musselman, Trustee |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1615  BofA - Money Market Account RAL |

| Blanket Bond (per case limit): | $ 32,583,498.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 28.63 | 24,057.30 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 31.55 | 24,025.75 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 30.52 | 23,995.23 |
| 09/28/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 27.54 | 23,967.69 |
| 10/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 32.42 | 23,935.27 |
| 11/07/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 5.89 | 23,929.38 |
| 11/07/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 23,929.38 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 30,696.89 | 30,696.89 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 23,929.38 | |
| | | Subtotal | 30,696.89 | 6,767.51 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 30,696.89 | 6,767.51 | |

| | Page Subtotals | 0.00 | 24,085.93 |
|---|---|---|---|

Ver: 19.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    14

| Case No: | 10-22315  -KSJ | | Trustee Name: | Carla Musselman, Trustee |
| Case Name: | OKI WEAR, INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4224  BofA - Money Market Account |
| Taxpayer ID No: | *******4172 | | | |
| For Period Ending: | 09/30/15 | | Blanket Bond (per case limit): | $ 32,583,498.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/28/11 | | Robert Labella | Sale of Assets to Private Party | 1129-000 | 75,000.00 | | 75,000.00 |
| 03/28/11 | 6 | Asset Sales Memo: | STOCK - 50% interest in RAL  $75,000.00 | | | | 75,000.00 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 75,000.02 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.62 | | 75,000.64 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.64 | | 75,001.28 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.62 | | 75,001.90 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 95.55 | 74,906.35 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 92.35 | 74,814.00 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 92.24 | 74,721.76 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 98.00 | 74,623.76 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 88.69 | 74,535.07 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 91.64 | 74,443.43 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 94.58 | 74,348.85 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 94.46 | 74,254.39 |

Page Subtotals         75,001.90         747.51

LFORM24

Ver: 19.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    15

| Case No: | 10-22315  -KSJ |
| Case Name: | OKI WEAR, INC |

| Taxpayer ID No: | *******4172 |
| For Period Ending: | 09/30/15 |

| Trustee Name: | Carla Musselman, Trustee |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4224  BofA - Money Market Account |

| Blanket Bond (per case limit): | $ 32,583,498.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 88.25 | 74,166.14 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 97.27 | 74,068.87 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 94.10 | 73,974.77 |
| 09/28/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 84.89 | 73,889.88 |
| 10/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 99.93 | 73,789.95 |
| 11/07/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 18.15 | 73,771.80 |
| 11/07/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 73,771.80 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 75,001.90 | 75,001.90 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 73,771.80 | |
| | | Subtotal | 75,001.90 | 1,230.10 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 75,001.90 | 1,230.10 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 419,281.83 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 20,235.49 | Checking Account - ********8934 | 1,290.68 | 11,085.47 | 222,433.56 |
| | | B of A Checking Account - ********3796 | 404,668.93 | 270,141.76 | 0.00 |
| Total Memo Allocation Net: | 399,046.34 | BofA - Money Market Account RAL - ********1615 | 30,696.89 | 6,767.51 | 0.00 |
| | | BofA - Money Market Account - ********4224 | 75,001.90 | 1,230.10 | 0.00 |
| | | Page Subtotals | 0.00 | 74,254.39 | |

LFORM24

Ver: 19.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 10-22315  -KSJ | |
| Case Name: | OKI WEAR, INC | |
| | | |
| Taxpayer ID No: | *******4172 | |
| For Period Ending: | 09/30/15 | |

| | |
|---|---|
| Trustee Name: | Carla Musselman, Trustee |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4224  BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 32,583,498.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 511,658.40 | 289,224.84 | 222,433.56 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 19.00